within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1089. IN RE DISBARMENT OF WELLMAN. It is ordered that Bruce D. Wellman, of Dixon, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1090. IN RE DISBARMENT OF GARNER. It is ordered that Gerald J. Garner, of Harrison, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 91–17. ESTATE OF COWART v. NICKLOS DRILLING CO. ET AL. C. A. 5th Cir. [Certiorari granted, 502 U. S. 1003.] Motion of the Solicitor General for divided argument granted.

No. 91–155. INTERNATIONAL SOCIETY FOR KRISHNA CONSCIOUSNESS, INC., ET AL. v. LEE, SUPERINTENDENT OF PORT AUTHORITY POLICE; and
No. 91–339. LEE, SUPERINTENDENT OF PORT AUTHORITY POLICE v. INTERNATIONAL SOCIETY FOR KRISHNA CONSCIOUSNESS, INC., ET AL. C. A. 2d Cir. [Certiorari granted, 502 U. S. 1022.] Motions of Multimedia Newspaper Co. et al. and American Federation of Labor and Congress of Industrial Organizations for leave to file briefs as *amici curiae* granted.

No. 91–543. NEW YORK v. UNITED STATES ET AL.;
No. 91–558. COUNTY OF ALLEGANY, NEW YORK v. UNITED STATES ET AL.; and
No. 91–563. COUNTY OF CORTLAND, NEW YORK v. UNITED STATES ET AL. C. A. 2d Cir. [Certiorari granted, 502 U. S. 1023.] Motion of Council of State Governments for leave to file a brief as *amicus curiae* granted.

No. 91–872. UNITED STATES v. SALERNO ET AL. C. A. 2d Cir. [Certiorari granted, 502 U. S. 1056.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 91–1108. DEKALB BOARD OF REALTORS, INC., ET AL. v. THOMPSON, DBA FLETCHER L. THOMPSON REALTY, ET AL. C. A. 11th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.